# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David Anthony Martin<br>    aka Dave Martin,<br>    dba M&M Farming, Inc.<br><br>             **Debtor** | BK NO. 17-00847 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Cenlar FSB as Servicer for Pingora Loan Servicing, LLC and index same on the master mailing list.

                                                       Respectfully submitted,

                                                      **/s/James C. Warmbrodt, Esquire**
                                                      James C. Warmbrodt, Esquire
                                                      KML Law Group, P.C.
                                                      BNY Mellon Independence Center
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA  19106
                                                      412-430-3594