```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-00847-JJT
David Anthony Martin                                                Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-4          User: CKovach             Page 1 of 1       Date Rcvd: Apr 07, 2017
                              Form ID: ntnew341         Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2017.
```
db             +David Anthony Martin,    191 Big Oak Lane,    Spring Mills, PA 16875-8400
4891766         AAdvantage Aviator Mastercard,    PO box 13337,    Philadelphia, PA 19101-3337
4891767        +Barclays Bank of Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
4891768        +Cenlar,    PO Box 77404,    Ewing, NJ 08628-6404
4891769         Citi Cards,    PO box 90001037,    Louisville, KY 40290-1037
4891771         PSECU,    PO Box 67012,    Harrisburg, PA 17106-7012
4891773        +US Dept of Treasury - FS,    Debt Management Servicees,    PO Box 979101,
                 St Loius, MO 63197-9001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4891770         E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2017 18:55:28      Husqvarna Synchrony Bank,
                 Attn Bankruptcy Dept,    PO Box 965061,    Orlando, Fl 32896-5061
4891772         E-mail/Text: bankruptcynotices@psecu.com Apr 07 2017 18:54:08      PSECU,    PO Box 67013,
                 Harrisburg, PA 17106-7013
                                                                                             TOTAL: 2
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              James P Johnson    on behalf of Debtor David Anthony Martin jpj51845@yahoo.com,  brj46@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

David Anthony Martin
aka Dave Martin, dba M&M Farming, Inc.
Debtor(s)

Chapter 13

Case No. 4:17−bk−00847−JJT

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: May 18, 2017 <br> Time: 12:00 PM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
197 S Main St, Wilkes−Barre, PA 18701 OR
PO Box 908, Harrisburg, PA 17108
570−831−2500/717−901−2800

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Clerk of the Bankruptcy Court:
Terrence S. Miller
By: CKovach

Date: April 7, 2017