```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 17-00847-JJT
David Anthony Martin                                            Chapter 13
          Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-4         User: CKovach              Page 1 of 1           Date Rcvd: May 22, 2017
                             Form ID: ntcnfhrg          Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2017.
```
db              +David Anthony Martin,    191 Big Oak Lane,    Spring Mills, PA 16875-8400
4891766          AAdvantage Aviator Mastercard,    PO box 13337,    Philadelphia, PA 19101-3337
4909589          Bank Of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
4891767         +Barclays Bank of Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
4891768         +Cenlar,   PO Box 77404,    Ewing, NJ 08628-6404
4891769          Citi Cards,    PO box 90001037,    Louisville, KY 40290-1037
4891771          PSECU,   PO Box 67012,    Harrisburg, PA 17106-7012
4891773         +US Dept of Treasury - FS,    Debt Management Servicees,    PO Box 979101,
                  St Loius, MO   63197. 63197-9001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4891770          E-mail/PDF: gecsedi@recoverycorp.com May 22 2017 19:03:49      Husqvarna Synchrony Bank,
                  Attn Bankruptcy Dept,    PO Box 965061,    Orlando, Fl 32896-5061
4919388          E-mail/PDF: resurgentbknotifications@resurgent.com May 22 2017 19:03:33
                  LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4891772          E-mail/Text: bankruptcynotices@psecu.com May 22 2017 19:10:38      PSECU,   PO Box 67013,
                  Harrisburg, PA 17106-7013
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              James P Johnson    on behalf of Debtor David Anthony Martin jpj51845@yahoo.com, brj46@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

David Anthony Martin
aka Dave Martin, dba M&M Farming, Inc.
Debtor(s)

Chapter 13

Case No. 4:17−bk−00847−JJT

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **June 21, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| United States Bankruptcy Court US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street, Williamsport, PA 17701 | Date: June 23, 2017 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
197 S Main St, Wilkes−Barre, PA 18701 OR
PO Box 908, Harrisburg, PA 17108
570−831−2500/717−901−2800

**For the Court:**
Clerk of the Bankruptcy Court:
Terrence S. Miller
By: CKovach

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: May 22, 2017