UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

David Anthony Martin : Chapter 13
:
Debtor : Case No. 4:17-bk-00847

**CERTIFICATION OF SERVICE**

I, James P. Johnson, Esquire, certify that on the 26th day of June, 2017, I sent a true and correct copy of Motion for Wage Attachment (Payover) Order and proposed Order by first class mail, postage prepaid to all parties on the matrix except those notified by ECF.

              Respectfully submitted,


              /s/ James P. Johnson
              James P. Johnson, Esquire
              Attorney ID No. 17819
              The Law Offices of James P. Johnson, Inc.
              1901 East College Avenue
              State College, PA 16801
June 26, 2017          Phone (814) 238-2702 / Fax (814) 295-5344

bel Matrix for local noticing
14-4
se 4:17-bk-00847-JJT
idle District of Pennsylvania
lliamsport
d Jun 21 15:43:52 EDT 2017

AAdvantage Aviator Mastercard
PO box 13337
Philadelphia, PA 19101-3337

Bank Of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785

rclays Bank of Delaware
Box 8803
lmington, DE 19899-8803

Cenlar
PO Box 77404
Ewing, NJ 08628-6404

Citi Cards
PO box 90001037
Louisville, KY 40290-1037

arles J DeHart, III (Trustee)
25 Adams Drive, Suite A
mmelstown, PA 17036-8625

Husqvarna Synchrony Bank
Attn Bankruptcy Dept
PO Box 965061
Orlando, Fl 32896-5061

James P Johnson
Glantz, Johnson and Associates
1901 East College Avenue
State College, PA 16801-7010

NV Funding, LLC its successors and assigns
signee of Citibank, N.A.
surgent Capital Services
Box 10587
eenville, SC 29603-0587

David Anthony Martin
191 Big Oak Lane
Spring Mills, PA 16875-8400

PSECU
PO Box 67012
Harrisburg, PA 17106-7012

ECU
Box 67013
rrisburg, PA 17106-7013

US Dept of Treasury - FS
Debt Management Servicees
PO Box 979101
St Loius, MO  63197. 63197-9001

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

nes Warmbrodt
1 Market Street Suite 5000
iladephia, PA 19106-1541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

)Pingora Loan Servicing, LLC

End of Label Matrix
Mailable recipients    15
Bypassed recipients     1
Total                  16

# File a Motion/Application:

4:17-bk-00847-JJT David Anthony Martin

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 4 (Williamsport) |
| Assets: y | Judge: JJT | Case Flag: WMSPRT_HRG, CREDS, FMDueD, CnfHrgNTC |

## U.S. Bankruptcy Court

## Middle District of Pennsylvania

Notice of Electronic Filing

The following transaction was received from James P Johnson entered on 6/21/2017 at 2:29 PM EDT and filed on 6/21/2017

**Case Name:** David Anthony Martin
**Case Number:** 4:17-bk-00847-JJT
**Document Number:** 20

**Docket Text:**
Motion for Wage Attachment Order. Filed by James P Johnson of Glantz, Johnson and Associates on behalf of David Anthony Martin. (Attachments: # (1) Proposed Order Proposed Order to Pay Wages to the Trustee) (Johnson, James)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Martin David motion for payover order.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1009835235 [Date=6/21/2017] [FileNumber=14250167-0] [32e5e7a3538a4f200eb7b1c694dc33c6c617a4a33111e83ce99b77677b1350d2e1 9f95e98079121cf27c06110077c638f13c31e30e66c335f53c75b8215afdb0]]
**Document description:** Proposed Order Proposed Order to Pay Wages to the Trustee
**Original filename:** C:\fakepath\Martin David order on motion for payover.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1009835235 [Date=6/21/2017] [FileNumber=14250167-1] [c956bd10675febd7c1e1576520e704303e43214191331d1a681bf5dad02dedc347 cfc22ec1f183b61c497947f119dd702c30f31b2a1954037ad507ea9f5d69af]]

**4:17-bk-00847-JJT Notice will be electronically mailed to:**

Charles J DeHart, III (Trustee)
dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com

James P Johnson on behalf of Debtor David Anthony Martin
jpj51845@yahoo.com, brj46@yahoo.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

James Warmbrodt on behalf of Creditor Pingora Loan Servicing, LLC
bkgroup@kmllawgroup.com

**4:17-bk-00847-JJT Notice will not be electronically mailed to:**

UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

David Anthony Martin : Chapter 13
:
Debtor : Case No. 4:17-bk-00847

**MOTION FOR PAYOVER ORDER**

The above-named Debtor respectfully represents that:

1. Debtor has filed a petition under Chapter 13 of Title 11 U.S.C. and proposed to pay debts out of future earnings or wages.

2. Debtor has claimed certain exemptions but has also submitted such portion of his future earnings or other future income to the control of the trustee as is necessary for the execution of the plan.

3. Debtor has proposed a plan under which a portion of his future earnings or wages is to be paid to the trustee for the benefit of creditors, in the amount of $908.64 per month for 60 months.

4. The principal source of money for the payment of said claims, demands and debts will be a portion of the future earnings or wages of Debtor, payable by his employer, Pocono Mountain School District.

5. Debtor's employer should be ordered to deduct from Debtor's future earnings or wages the periodic amount proposed by the plan filed herein, and to pay said amount forthwith to the standing Chapter 13 Trustee appointed by this Court and continue such periodic deductions and payments until such time as the plan submitted by Debtor is completed, or until further order of the Court.

WHEREFORE, Debtor prays that this Court enter the Order attached hereto directing Debtor's employer to make payments as outlined therein.

Respectfully submitted,

James P. Johnson, Esquire
Attorney ID No. 17819
The Law Offices of James P. Johnson, Inc.
1901 East College Avenue
State College, PA 16801
Phone (814) 238-2702 / Fax (814) 295-5344

June 15, 2017

UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

David Anthony Martin : Chapter 13
:
Debtor : Case No. 4:17-bk-00847

**ORDER TO PAY WAGES TO THE TRUSTEE**

Upon representation of the trustee, or other interested party, the Court finds:

The above-named Debtor has pending in this Court a case under Chapter 13 of Title 11 and, pursuant to the provisions of said statute and of the Debtor's plan, the Debtor has submitted such portion of his future earnings or income to the control of the trustee as is necessary for the execution of the plan; and

Under the provisions of 11 U.S.C. §1325( c) an entity may be required, upon Order of this Court, to pay over such portion of the wages, earnings or income of the Debtor as may be needed to effectuate said plan, and that such an Order is necessary and proper, now therefore,

IT IS ORDERED, that, for a period of 60 months, or until further Order of this Court, Pocono Mountain School District deduct from the earnings or income of said Debtor the sum of $908.64 per month beginning on the next payday following the receipt of this Order and deduct a similar amount for each month thereafter, including any period for which the Debtor receives periodic or lump sum payment for or on account of vacation, termination or other benefits arising out of present or past employment of the Debtor, and forthwith remit the sums so deducted to:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

IT IS FURTHER ORDERED that all earnings, wages and income of the Debtor, except the amounts required to be withheld by the provisions of any laws of the United States, the laws of any state or political subdivision, or by any insurance, pension or union dues agreement between said entity and the Debtor, or by Order of this Court, be paid to the aforesaid Debtor in accordance with the entity's usual payroll procedure.

IT IS FURTHER ORDERED that no deductions for or on account of any garnishment, wage assignment, credit union or other purpose not specifically authorized by this Court be made from the earnings of said Debtor.

IT IS FURTHER ORDERED that this Order supersedes previous orders, of any, made to

the subject entity in this or any previous case.

BY THE COURT:

United States Bankruptcy Judge

Date: