UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID ANTHONY MARTIN : CHAPTER 13
       Debtor(s) :
 :

CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
 :
    vs. :
 :
DAVID ANTHONY MARTIN :
       Respondent(s) : CASE NO. 4-17-bk-00847

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 11th day of July, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon the Means Test calculation and specifically disputes the following amounts:

    a. Transportation ownership expense – Line 13 – Ownership expense for vehicles(s) without lien not permitted.
    b. Telecommunication services – Line 23 (verification).
    c. Transportation operation expense – Line 12.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/Agatha R. McHale
       Attorney for Trustee

CERTIFICATE OF SERVICE

       AND NOW, this   11th   day of July, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

James Johnson, Esquire
1901 East College Avenue
State College, PA   16801

                                             /s/Deborah A. Behney
                                             Office of Charles J. DeHart, III
                                             Standing Chapter 13 Trustee

Case 4:17-bk-00847-JJT    Doc 30    Filed 07/11/17    Entered 07/11/17 09:34:42    Desc
Main Document    Page 2 of 2