LOCAL BANKRUPTCY FORM 3015-3(b)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

David Anthony Martin

CHAPTER 13

CASE NO. 4:17-bk-00847-JJT

Debtor(s)

## CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATION(S)

If there are domestic support obligation claims in a case, the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 requires the trustee to provide written notice to the holder of the claim and to the applicable state child support enforcement agency. In order for the trustee to comply with the Act, the Debtor/Obligor must complete the following information and verify the information is true and correct by signing at the bottom of this form.

1. Name of Person Entitled to Receive Domestic Support ("Recipient"):

   Claim Holder  __Jacquelyn__   __M.__  __Martin__
   Last Name      First      Middle Initial

2. Address of Domestic Support Recipient:

   Claim Holder  276 Pepper Ridge Dr, Spring Mills, PA 16875
   Street                City

   _____
   County        State      Zip

3. Telephone Number of Domestic Support Recipient:

   Claim Holder  814-883-2309
   (Area Code) Phone Number

4. If you are paying a Domestic Support Obligation pursuant to a Court Order, provide the following:

   Common Pleas of Centre County, PA
   Name of Court
   102 S Allegheny St, Bellefonte, PA
   Address of Court
   2009-3542
   Docket Number                PACSES Number

The undersigned hereby certifies that the foregoing statements are true and correct under penalty of perjury.

DATED: 7/17-2017     BY: __David A. Martin__
                                       Debtor

IN THE COURT OF COMMON PLEAS OF CENTRE COUNTY, PENNSYLVANIA
CIVIL ACTION - LAW

JACQUELYN M. MARTIN,
    Plaintiff

v.      No. 2009-3542

DAVID A. MARTIN,     IN DIVORCE
    Defendant

## ORDER INCORPORATING POST-NUPTIAL AGREEMENT

AND NOW, this 29th day of December, 2011, it is **ORDERED, ADJUDGED AND DECREED,** that the terms, provisions and conditions of the Post-Nuptial Agreement between the parties dated December 21, 2011, and attached hereto, shall be incorporated into the Decree of Divorce.

BY THE COURT:

_____ J.

FILED FOR RECORD
2011 DEC 29 P 3:42
DEBRA C. IMMEL
PROTHONOTARY
CENTRE COUNTY, PA

COPY

Wife shall refinance the mortgage within six months of the date of the Agreement, and Husband shall execute any and all documents necessary to facilitate said refinance.

## 12. LUMP SUM PAYMENT

The parties further agree that Husband will pay to Wife a sum in the amount of $9,000.00 with Husband paying $5,000.00 upon the signing of this Agreement, and the remaining $4,000.00 to be paid within one calendar year of the signing of this Agreement, reflecting the disparity in real estate values.

## 13. CUSTODY AND PARTIAL CUSTODY

The parties shall have joint legal custody with primary physical custody of the minor child, Abigail Marie Martin to Mother, subject to periods of partial custody with Father as follows:

(a) Every other weekend from Friday at 5:00pm until Sunday at 8:00pm;

(b) Every Wednesday from 5:00pm until 8:00pm; and

(c) In the event there is a long weekend, Father shall have physical custody from Thursday at 5:00pm onward, or until Monday at 8:00pm depending which day lengthens the weekend;

The parties shall share all transportation.

The child's vacation time from school, including summer vacation time, shall be split equally between the parties.

Father shall have visits with the minor child on the holidays of Easter, Memorial Day, Father's Day, 4th of July, Labor Day, Thanksgiving Day, Christmas Eve, Christmas Day and New Years Eve. Time and duration will be mutually agreed upon and should take into consideration family traditions of both extended families.

## 14. CHILD SUPPORT

Husband shall pay to Wife child support in the sum of $250.00 bi-weekly, via

7

Case 4:17-bk-00847-JJT   Doc 32   Filed 07/24/17   Entered 07/24/17 13:29:48   Desc
Main Document    Page 3 of 4

direct deposit, until the minor child reaches the age of 18, or graduates from high school, whichever occurs last. Said amount shall be paid as a payroll deduction/automatic withdrawal from Husband's paycheck.

### 15. HEALTH INSURANCE

Husband and Wife shall both maintain health insurances, including medical and dental coverage, for the benefit of Abigail Marie Martin, as long as it is available to them at a reasonable cost.

### 16. PENSIONS

Wife shall have full and absolute title to, and all beneficial interest in her retirement, free from any claim of Husband now and forever. Husband hereby releases and waives any claim he may have in any plans titled in the name of Wife or held for her benefit.

Husband shall have full and absolute title to, and all beneficial interests in his retirement, free from any claim of Husband now and forever. Wife hereby releases and waives any claim she may have in any plans titled in the name of Husband or held for his benefit

### 17. AFTER-ACQUIRED REAL AND PERSONAL PROPERTY

Each of the parties shall hereafter own and enjoy, independently of any claim or right of the other, all items of personal property, tangible or intangible and all real property, hereafter acquired by him or her, with full power in him or her to dispose of the same as fully and effectively, in all respects and for all purposes, as though he or she were unmarried.

### 18. COUNSEL FEES AND EXPENSES

Each party hereby agrees to be solely responsible for her or his own counsel

8