UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| David Anthony Martin | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 4:17-bk-00847 |

## DEBTOR'S ATTORNEY WITHDRAWAL OF APPLICATION FOR ALLOWANCE OF COMPENSATION & EXPENSES

James P. Johnson, Attorney for Debtor, withdraws his fee application, Document Number 36.

Respectfully submitted,

/s/ James P. Johnson
James P. Johnson, Esquire
Attorney ID No. 17819
The Law Offices of James P. Johnson, Inc.
1901 East College Avenue
State College, PA 16801
Phone (814) 238-2702 / Fax (814) 295-5344

July 26, 2017