United States Bankruptcy Court

Middle District of Pennsylvania

In re: Case No. 17-00847-HWV

David Anthony Martin  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 2

Date Rcvd: May 21, 2021      Form ID: 3180W      Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Anthony Martin, 191 Big Oak Lane, Spring Mills, PA 16875-8400 |
| 4891766 | | AAdvantage Aviator Mastercard, PO box 13337, Philadelphia, PA 19101-3337 |
| 4891768 | + | Cenlar, PO Box 77404, Ewing, NJ 08628-6404 |
| 4891769 | | Citi Cards, PO box 90001037, Louisville, KY 40290-1037 |
| 5085863 | + | Freedom Mortgage Corporation, 10500 Kincaid Blvd Fishers,IN 46037, Freedom Mortgage Corporation, 10500 Kincaid Blvd Fishers,IN 46037-9764 |
| 5085862 | | Freedom Mortgage Corporation, 10500 Kincaid Blvd Fishers,IN 46037 |
| 4891771 | | PSECU, PO Box 67012, Harrisburg, PA 17106-7012 |
| 4944211 | + | Pingora Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 4891773 | + | US Dept of Treasury - FS, Debt Management Servicees, PO Box 979101, St Loius, MO 63197. 63197-9001 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4909589 | | EDI: BANKAMER.COM | May 21 2021 22:38:00 | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 4891767 | + | EDI: TSYS2.COM | May 21 2021 22:38:00 | Barclays Bank of Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 4943628 | + | Email/Text: bankruptcy@cavps.com | May 21 2021 18:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4891770 | | EDI: RMSC.COM | May 21 2021 22:38:00 | Husqvarna Synchrony Bank, Attn Bankruptcy Dept, PO Box 965061, Orlando, Fl 32896-5061 |
| 4919388 | | Email/PDF: resurgentbknotifications@resurgent.com | May 21 2021 18:50:10 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4943843 | | EDI: PRA.COM | May 21 2021 22:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4891772 | | Email/Text: bankruptcynotices@psecu.com | May 21 2021 18:49:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 23, 2021         Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Pingora Loan Servicing  LLC bkgroup@kmllawgroup.com |
| James P Johnson | on behalf of Debtor 1 David Anthony Martin jpj51845@yahoo.com  brj46@yahoo.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com  mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | David Anthony Martin<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–4328<br>EIN    46–3138383 |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 4:17–bk–00847–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David Anthony Martin
aka Dave Martin, dba M&M Farming, Inc.

**By the court:**

_5/21/21_

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: PatriciaRatchford, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**